# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Richard W. | U.S. District Court, D.D.C. | 09/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C.

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of attorney | Individual #1 |
| 2. | Director | Council for Court Excellence |
| 3. | Director | [redacted] |
| 4. | Director | Historical Society of the D.C. Circuit |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 09/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▨ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Association | March 22-23 | New York, NY | Dinner honoring federal judiciary | Transportation. Meals and lodging provided. |
| 2. | ▨ | Sept. 23-27 | ▨ | Guest Faculty | Grounde transport, some meals. Air transport, other meals, and lodging provided. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Richard W.** | 09/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Debra Lee | Three tickets to BET Honors | $1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 09/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Justice Federal Credit Union | A | Interest | N | T | | | | | |
| 2. Citibank Accounts | A | Interest | N | T | | | | | |
| 3. Delhaze America Common Stock | A | Dividend | J | T | | | | | |
| 4. Small Claims judgment against John Bowen | | None | J | T | | | | | |
| 5. ▨ 401(K) (Fidelity) | | | | | | | | | |
| 6. -NTGI S&P 500 | A | Dividend | M | T | Sold (part) | 04/16/13 | J | A | |
| 7. -NT Russell 2000 | A | Dividend | K | T | Sold (part) | 04/10/13 | J | A | |
| 8. -NTGI SH Term Investment | A | Dividend | M | T | Buy (add'l) | 04/10/13 | K | | |
| 9. -▨ stock | A | Dividend | J | T | | | | | |
| 10. -Harbor Mid Cap Growth | D | Dividend | K | T | Sold (part) | 04/10/13 | J | A | |
| 11. -GMO Global Eq Allocation | A | Dividend | K | T | Sold (part) | 04/10/13 | J | A | |
| 12. -PIMCO SEP MGD Account | B | Dividend | L | T | | | | | |
| 13. Federated Capital Reserves | | None | J | T | | | | | |
| 14. Nuveen Multi-Strategy + Inc. | A | Dividend | J | T | | | | | |
| 15. ▨ Employee Stock Options | | None | P1 | T | | | | | |
| 16. ▨ and Century Link Stock (UBS) | | None | J | T | Sold (part) | 07/11/13 | M | G | |
| 17. Wells FargoAccounts #3 | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 09/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Gr+Inc. Fund (JL) | A | Dividend | J | T | | | | | |
| 19. Washington Mut. Invr. Fnd (JL) | A | Dividend | J | T | | | | | |
| 20. Europacific Gr. Fund (JL) | A | Dividend | J | T | | | | | |
| 21. Europacific Growth Fund (RJ IRA) | A | Dividend | K | T | | | | | |
| 22. Fidelity Advisor New Insights (RJ IRA) | A | Dividend | M | T | | | | | |
| 23. iShares TIPS (RJ IRA) | A | Dividend | | | Sold | 11/01/13 | L | D | |
| 24. iShares 1-3 Year Treasury (RJ IRA) | A | Dividend | K | T | | | | | |
| 25. iShares MSCI EAFE (RJ IRA) | B | Dividend | K | T | | | | | |
| 26. JP Morgan Value Advantage (RJ IRA) | A | Dividend | M | T | | | | | |
| 27. Vanguard Total Stock Market (RJ IRA) | C | Dividend | M | T | | | | | |
| 28. ▮▮▮ Stock (RJ) | | None | N | T | Sold (part) | 07/11/13 | K | A | |
| 29. Cash Account (RJ IRA) | A | Interest | J | T | | | | | |
| 30. Cash Account (RJ) | A | Interest | O | T | | | | | |
| 31. US Treasury Strip (RJ IRA) | | None | K | T | | | | | |
| 32. Fidelity Municipal Income FD (RJ) | B | Dividend | K | T | | | | | |
| 33. Century Link Stock (RJ) | B | Dividend | K | T | | | | | |
| 34. Ally Bank | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 09/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Discover Bank | B | Interest | L | T | | | | | |
| 36. The Bond Fund of America -529A, -654 | A | Dividend | | | Sold | 07/29/13 | J | A | |
| 37. American Fund Money Market -529A, -654 | A | Dividend | J | T | Distributed (part) | 12/23/13 | J | A | |
| 38. The Growth Fund of America -529A, -654(Y) | | | | | | | | | |
| 39. New Perspective -529A, 061 | A | Dividend | J | T | | | | | |
| 40. Washington Mutual Investors -529A, -061 | A | Dividend | J | T | | | | | |
| 41. The Bond Fund of America -529A, -061 | A | Dividend | J | T | | | | | |
| 42. U.S. Government Securities -529A, -061 | A | Dividend | K | T | | | | | |
| 43. American Funds Money Market -529A, -061 | A | Dividend | J | T | | | | | |
| 44. Blackrock Global Allocation (RJ IRA) | A | Dividend | L | T | | | | | |
| 45. Fidelity Advisor Floating Rate (RJ IRA) | B | Dividend | K | T | | | | | |
| 46. iShares 0-5 TIPS (RJ IRA) | A | Dividend | K | T | | | | | |
| 47. JPMorgan Strategic Incom (RJ IRA) | C | Dividend | M | T | Buy (add'l) | 11/01/13 | L | | |
| 48. Fidelity Advisor Intermediate Muni (RJ) | C | Dividend | M | T | Buy | | L | | |
| 49. John Hancock Global Shareholder (RJ) | C | Dividend | M | T | Buy (add'l) | | K | | |
| 50. Justice FCU POA Account | A | Interest | N | T | | | | | |
| 51. Citibank POA Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Richard W.** | 09/08/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▨ Stock (Morgan Stanley) | | None | | | Sold | 07/11/13 | L | A | |
| 53. ▨ Stock (Computershare) | | None | | | Sold | 07/11/13 | J | A | |
| 54. Loan to Robert Wynn | | None | | | Distributed | 10/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Column D has been left blank in many lines as transactions less than $1,000 or due to reinvestment of capital gains/dividends do not need to be reported (pg. 52 of Instuctions). In reality, there have been transactions, but these fall outside of the reporting requirements

Line 30 - Cash (RJ): This is a FDIC insured cash account inside of the investment account. Deposits were made during the year, but they have been treated as bank deposits and not reportable (pg. 52 of Instructions).

Line 36 - The distribution on on 7/29/12 was the only reportable distribution (over $1,000). However, there were non-reportable distributions of $500 per month on the 30th of each month as we backed out of investments and moved the account balance to cash.

Line 37 - $2,000 was distributed on 3/27/13, 4/26/13, 5/24/13, 6/27/13, 7/26/13. $10,000 was distributed on 12/23/13.

Lines 38 - This was an account within child's 529 plan that was zeroed out during tax year 2012. Transactions to liquidate this fund were lower than the then-$1,000 reporting threshold.

Lines 39 to 43 - There have been distributions from child's Money Market but they have been treated as bank deposits and not reportable (pg. 52 of Instructions).

Lines 48 and 49 - There were monthly purchases in these funds throughout 2013. Current software allows only a single date.

Lines 52 and 53 - These were _____ shares that in the past were lumped in with Line 16 (_____ Stock). The reorganization of _____ last year revealed that shares were held at UBS, Computershare, and Morgan Stanley in addition to the shares held at Raymond James. These holdings were sold and/or consolidated last year but are now broken out as now reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard W. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544